FORM L128 Final Decree and Notice of Chapter 7 Case Closed Without Discharge (v.7.06)    08−25243 − C − 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

FILED

7/29/08

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

jlas

# FINAL DECREE AND NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

Case Number: 08−25243 − C − 7

Debtor Name(s) and Address(es):

Lille Joy Vetterle
320 Joseph Rd
Manteca, CA 95336

**NOTICE IS HEREBY GIVEN THAT** the above−captioned case has been closed without entry of discharge because the debtor(s) did not file the statement regarding completion of a course in personal financial management as required by Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure. If the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

**IT IS ORDERED** that the trustee is hereby discharged and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:  7/29/08

Richard G. Heltzel
Clerk of Court



**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 08-25243    Filed 07/29/08    Doc 14

# CERTIFICATE OF SERVICE

```
District/off: 0972-2           User: jlas              Page 1 of 1              Date Rcvd: Jul 29, 2008
Case: 08-25243                 Form ID: L128           Total Served: 18


The following entities were served by first class mail on Jul 31, 2008.
db          +Lille Joy Vetterle,    320 Joseph Rd,    Manteca, CA 95336-3155
tr          +Gary Farrar,    PO Box 576097,    Modesto, CA 95357-6097
15461111    +Beneficial Finance,    P0 Box 60101,    City of Industry CA 91716-0101
15461112    +Citibank,    Client Services Inc,    P0 Box 1503,    St Peters MO 63376-0027
15461113    +Countrywide Home Loans,    400 Countrywide Way,    Simi Valley CA 93065-6298
15461114    +Credit Bureaus of Merced County,    528 W Main Street,    P0 Box 111,    Merced CA 95341-0111
15461115    +DISH NETWORK,    Dept 0063,    Palatine IL 60055-0001
15461116    +GORDON B FORD,    STANISLAUS COUNTY TAX COLLECTOR,    P0 BOX 859,    MODESTO CA 95353-0859
15461117    +HFC,    P0 BOX 60101,    CITY OF IMJUSTRY CA 91716-0101
15461118    +HOME DEPOT CREDIT SERVICES,    P0 BOX 6926,    THE LAKES NV 88901-6926
15461119    +HSBC,    P0 Box 5608,    Glendale Heights IL 60139-5608
15461120    +LOWES,    P0 BOX 530914,    ATLANTA GA 30353-0914
15461121    +MOSCE,    3600 Coffee Road,    Modesto CA 95355-1163
15461122    +Redline Recovery Services LLC,    6201 Bonhonime St STE 100 5,    Houston TX 77036-4365
15461123     TARGET NATIONAL BANK,    PG BOX 59317,    MiNNEAPOLIS MN 55459
15461124    +Uncle Credit Union,    2100 Las Positas Ct,    Livermore CA 94551-7301
15461125    +WASHINGTON MUTUAL CARD SERVICES,    P0 BOX 660487,    DALLAS TX 75266-0487
15461126    +Wilshire Corp,    P0 Box 8517,    Portland OR 97207-8517

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2008**                     Signature:    *Joseph Speetjens*